UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80156-CIV-MARRA/WHITE

COURTNEY KIRK ALEXANDER DAVIS,

    Plaintiff,

vs.

DR. DORSENVELT, et al.,

    Defendants.
_____/

## ORDER

For the reasons stated in the Report of the Magistrate Judge and upon independent <u>de novo</u> review of the file, and over no objections having been filed, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Report and Recommendation is **AFFIRMED AND ADOPTED**.

    2)    The case shall proceed against Drs. Dorsenvelt and Brazil for alleged inadequate medical treatment.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 25th day of April, 2011.

_____
KENNETH A. MARRA
United States District Judge